IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Kimberly Carter, | ) | C/A No.  0:15-2583-HMH-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| Ronaldo Myers, *Director, in his official* | ) | |
| *capacity*; Kathy Harrell, *Asst director, in her* | ) | |
| *official capacity*; M. Gordon, *Booking Officer,* | ) | |
| *in her official capacity*; Sargent on duty, *in* | ) | |
| *their official capacity*; Sargent Angela Rice, | ) | |
| *Inmate Records, in their official capacity*; | ) | |
| Curtis Bufford, *programs/admin/training, in* | ) | |
| *his official capacity*; Lt. James Hayes, *in his* | ) | |
| *official capacity*, | ) | |
| Defendant. | ) | |
| _____ | ) | |

The plaintiff, Kimberly Carter, a self-represented pretrial detainee prisoner at the time of the events at issue, filed this civil rights action pursuant to 42 U.S.C. § 1983 against the named defendants.  This matter is before the court pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.) for pretrial proceedings.

On May 19, 2016, the defendants filed a motion for summary judgment.  (ECF No. 39.) Review of the defendants' motion reveals that it fails to address claims that were construed by the court as being raised in this matter.  (See Order, ECF No. 17 at 1.)

Additionally, Carter filed a motion to amend her Complaint seeking to raise claims against the defendants in their individual capacities.  (ECF No. 49.)

Accordingly, it is

PJG

**ORDERED** that Carter's motion to amend her Complaint is granted.  Carter shall file her Amended Complaint on or before **September 19, 2016**.  The defendants shall file an answer to the Amended Complaint or otherwise plead accordingly.  It is further

**ORDERED** that the defendants' motion for summary judgment be terminated without prejudice to refile a motion addressing all of Carter's claims on or before **October 14, 2016**.

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

August 29, 2016
Columbia, South Carolina